IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:17-CR-98-1D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DASHAWN JEWELIN MCCALL, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court upon motion of the United States for an order to seal Docket Entry 51. For the reasons set forth in the Government's Motion, the request is ALLOWED. The Clerk is directed to seal Docket Entry 51 until further order of this Court.

SO ORDERED, this ___5___ day of ~~September~~ October, 2021.

                                                                JAMES C. DEVER III.
                                                                UNITED STATES DISTRICT JUDGE