IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-98-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DASHAWN JEWELIN MCCALL, | ) | |
| Defendant. | ) | |

On October 6, 2021, the court entered a comprehensive order denying defendant's motion for compassionate release. See [D.E. 54]. On February 14, 2022, defendant filed another motion for compassionate release. See [D.E. 56]. Defendant's latest motion contains no new and material information warranting compassionate release. Thus, as explained on October 21, 2021 [D.E. 54], the court DENIES defendant's motion for compassionate release. See [D.E. 56].

SO ORDERED. This 31 day of May, 2022.

JAMES C. DEVER III
United States District Judge